IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERSKINE LITTLETON, PRINCE MANUEL, FERNANDUS GLASS, PASHA GLASS, CASSANDRA TYSON, and PATRICK HARVEY, individually and on behalf of all those similarly situated, | CIVIL ACTION FILE NUMBER 1:17-cv-03589-TCB |
| Plaintiffs, | |
| v. | |
| AUTO REFLECTIONS, INC., CHRISTOPHER BOURQUE, and MANHEIM REMARKETING, INC., jointly and severally, | |
| Defendants. | |

**O R D E R**

This case comes before the Court on Plaintiffs' motion [38] for leave to file declarations and amended complaint. The motion is granted. Plaintiffs' amended complaint is hereby due seven days from the date of this Order.

IT IS SO ORDERED this 7th day of February, 2018.

_____
Timothy C. Batten, Sr.
United States District Judge